UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA JONES, | Case No.: 2:21-cv-00311-APG-EJY |
| Plaintiff | **Order Vacating Clerk's Entry of Default** |
| v. | [ECF No. 9] |
| DEPARTMENT OF VETERANS AFFAIRS MILWAUKEE FIDUCIARY HUB, PAUL E. STARK, and DENISE NIEMCZYK-MULLINS, | |
| Defendants | |

    I ordered plaintiff Tamara Jones to show cause why the clerk's entry of default against the defendants should not be vacated due to Jones' failure to timely and properly serve the defendants. ECF No. 11. Jones responded by submitting evidence that she attempted to serve the defendants by mail. ECF No. 12. That does not satisfy the requirements of Federal Rule of Civil Procedure 4(i)(1) and (2). Because Jones has not properly served the defendants, I vacate the clerk's entry of default.

    Because Jones is representing herself, I will grant her request for additional time to properly serve the defendants. In my prior order I pointed out some of the applicable rules regarding service of process. Jones should not take that as legal advice or a guarantee that such service will satisfy all of the applicable rules. Jones should educate herself on the Federal Rules of Civil Procedure and ensure that she properly serves all of the defendants.

    I THEREFORE ORDER that the clerk's entry of default **(ECF No. 9) is vacated.**

    I FURTHER ORDER that the deadline by which plaintiff Tamara Jones must serve the defendants is extended to **August 31, 2021**. By **September 7,** Jones shall file proof that she has

1 properly served each of the defendants. The failure to do so may result in dismissal of Jones'
2 claims against any unserved defendant, without prejudice.
3    DATED this 27th day of July, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE