# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA JONES, | Case No.: 2:21-cv-00311-APG-EJY |
| Plaintiff | **Order Denying Motion to Dismiss and Motion to Amend as Moot** |
| v. | |
| DEPARTMENT OF VETERAN AFFAIRS MILWAUKEE FIDUCIARY HUB, et al., | [ECF Nos. 19, 22] |
| Defendants | |

In light of the amended complaint (ECF No. 25),

I ORDER that the defendants' motion to dismiss **(ECF No. 19) is DENIED as moot** because it is directed at the original complaint.

I FURTHER ORDER that plaintiff Tamara Jones's motion to amend **(ECF No. 22) is DENIED as moot** because she timely filed her first amended complaint as of right under Federal Rule of Civil Procedure 15(a)(1)(B).  The first amended complaint (ECF No. 25) is the operative complaint in this matter.

DATED this 15th day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE