UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAMARA JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF VETERAN AFFAIRS MILWAUKEE FIDUCIARY HUB, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-00311-CDS-EJY<br><br>**ORDER** |

　　　　Pending before the Court are two Motions filed by Plaintiff seeking the status of her case. ECF Nos. 51 and 52. The Court notes that the only filings waiting for decision are a Motion to Dismiss filed by Defendants and an Objection to an order denying Plaintiff's Motion to Compel.

　　　　Each U.S. District Judge in the District of Nevada has hundreds of cases before him/her. Each motion, countermotion, request, and stipulation is decided in turn based on the numerous daily filings that include emergent and non-emergent matters. Plaintiff's filings seeking status do not speed the resolution of the Motion to Dismiss or Objection, but instead detract from time the Court could spend resolving substantive matters.

　　　　To the extent Plaintiff seeks to resolve (settle) her matter, she must reach out to counsel for Defendants to discuss resolution. If Plaintiff is concerned she is being followed or her phone line was "hacked," she must report this to appropriate law enforcement. These are matters that must be investigated before they will reach the courts. Otherwise, the Court will address the issues presented in the pending Motion and Objection as soon as it is reasonably possible to do so.

　　　　Accordingly, IT IS HEREBY ORDERED that the 2nd Motion Requesting Status (ECF No. 51) is GRANTED to the extent status is provided above.

IT IS FURTHER ORDERED that Plaintiff's Motion to Request Status Conference (ECF No. 52) is DENIED.

Dated this 5th day of October, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE